■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL TALUTIS, Appellant.— Appeal from a judgment of the County Court of Tompkins County, rendered July 17, 1973, convicting defendant, on his plea of guilty, of the crime of criminal possession of a dangerous drug in the sixth degree. The issues raised herein were decided adversely to defendant upon an earlier appeal by the People from a county court order suppressing evidence (*People* v. *Talutis,* 39 A D 2d 815, mod. and mot. for rearg. den. 40 A D 2d 592). That decision, from which no appeal was taken, remains the law of the case (cf. *People* v. *Winslow*, 36 A. D 2d 997). Judgment affirmed. Greenblott, J. P., Cooke, Sweeney, Kane and Main, JJ., concur.

(September 28, 1973)

■ In the Matter of the Claim of RICHARD BECKER, Petitioner, v. NORMAN F. GALLMAN, as Commissioner of New York State Department of Taxation and Finance, Respondent. Motion to dismiss proceeding granted, without costs. (See CPLR 7804, subd. [c]; 403, subd. [c]; 7804, subd. [b]; Tax Law, § 690, subd. [a].) Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Reynolds, JJ., concur.

FOURTH DEPARTMENT, SEPTEMBER, 1973

(September 20, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PASQUALE DEROSA, Appellant, v. SUPERINTENDENT OF ATTICA CORRECTIONAL FACILITY, Respondent. — Appeal unanimously dismissed. Memorandum: Relator was discharged from the Attica Correctional Facility on November 16, 1972 and therefore this appeal is academic. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ GLADYS E. THOMPSON, Respondent, v. SUPER-DUPER, INC., Defendant, and CHARLES H. BOLLEN, Appellant.— Order unanimously affirmed, without costs. (See *Williams* v. *Baker,* 29 A D 2d 915.) (Appeal from order of Yates Special Term denying motion to dismiss complaint in negligence action.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.